USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED 12/17/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JEREMIAH LUCKEY,

        Plaintiff,

   -against-

CAPTAIN JONAS, CORRECTION OFFICER
YARYGIN, CORRECTION OFFICER SIMON,
CORRECTION OFFICER LISICHKIN,
CORRECTION OFFICER JOSEPH, and
CORRECTION OFFICER SIMPSON,

        Defendants.
------------------------------------------------------------X

ORDER

18-CV-8103 (AT)(KNF)

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

By an order dated September 4, 2019, the assigned district judge granted, in part, and denied, in part, the defendants' motion to dismiss. See Docket Entry No. 28. The docket sheet maintained by the Clerk of Court does not reflect that the defendants filed their answer to the complaint, after their motion to dismiss was resolved. Therefore, on or before December 30, 2019, the defendants shall serve and file their answer to the complaint.

Dated: New York, New York
       December 16, 2019

Copy mailed to:

Jeremiah Luckey

SO ORDERED:

*Kevin Nathaniel Fox*
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE