UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JEREMIAH LUCKEY,                                                   :
                                                                   :
                        Plaintiff,          :        **ORDER**
                                                                   :
                    -against-                           :        18 CV 8103 (AT) (KNF)
                                                                   :
CAPTAIN JONAS, C.O. YARYGIN, C.O. SIMON,                           :
C.O. LISCHKIN, C.O. JOSEPH, C.O. SIMPSON,                          :
                                                                   :
                      Defendant.          :
------------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      On or before September 25, 2020 the defendant shall serve the plaintiff with a copy of the order appearing at Docket Entry No. 38, directing the parties' attention to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and shall file proof of service with the Clerk of Court.

**The Clerk of Court is directed to mail a copy of this order to the plaintiff.**

Dated:  New York, New York                              SO ORDERED:
           September 22, 2020

                                                                                   _____
                                                                                  KEVIN NATHANIEL FOX
                                                                                   UNITED STATES MAGISTRATE JUDGE

2