UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
JEREMIAH LUCKEY,                                  :

           Plaintiff,                              :

           v.                                              :     **ORDER**

CAPTAIN JONAS, C.O. YARYGIN,      :
C.O. SIMON, C.O. LISCHKIN, C.O.           18-CV-8103 (AT) (KNF)
JOSEPH and C.O. SIMPSON,              :

           Defendants.                          :
------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

    On October 17, 2020, the defendants filed a letter-motion to dismiss the complaint for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. The defendants' letter-motion, Docket Entry No. 41, is denied without prejudice because a letter-motion to dismiss is not authorized by Electronic Case Filing Rules & Instructions of this court. **The Clerk of Court is directed to mail this Order to the plaintiff at his current address: Sullivan Correctional Facility, 325 Riverside Drive, Fallsburg, N.Y. 12733, and to update the plaintiff's address accordingly.**

Dated: New York, New York
       November 13, 2020                      SO ORDERED:

                                                                       *Kevin Nathaniel Fox*
                                                              KEVIN NATHANIEL FOX
                                                              UNITED STATES MAGISTRATE JUDGE